NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**In Re MAPLEBEAR INC., dba Instacart,**
*Petitioner*

_____

2026-105

_____

On Petition for Writ of Mandamus to the United States Patent and Trademark Office in No. IPR2025-00958.

_____

## ON PETITION AND MOTION

_____

## O R D E R

Upon consideration of Maplebear Inc.'s unopposed motion to dismiss its petition for a writ of mandamus, ECF No. 27,

2                                          IN RE MAPLEBEAR INC.


IT IS ORDERED THAT:

ECF No. 27 is granted to the extent that the petition is dismissed.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 30, 2025
Date